1  JEFFREY G. KNOWLES (State Bar # 129754)
   COBLENTZ, PATCH, DUFFY & BASS, LLP
2  One Ferry Building, Suite 200
   San Francisco, California 94111-4213
3  Telephone: (415) 391-4800
   Facsimile: (415) 989-1663
4  Email: jgk@cpdb.com

5  Attorneys for Defendants SANOFI-AVENTIS, wrongly
   sued herein as SANOFI-AVENTIS GROUP, and
6  SANOFI-SYNTHELABO INC.

7

8                UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 MEDICAL WEEK NEWS, INC., and          Case No. C-05-2600 MJJ
   MILTON R. BENJAMIN,
12                                        **STIPULATED REQUEST AND
              Plaintiffs,                 [PROPOSED] ORDER CHANGING TIME**
13
         vs.                              Action Filed: June 27, 2005
14
   SANOFI-AVENTIS GROUP and
15 SANOFI-SYNTHELABO INC.,

16            Defendants.

17

18
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

12231.001.0003.a                    1                    Case No. C 05-2600 MJJ

In order to accommodate various scheduling issues, the parties have agreed that a change of certain dates and deadlines in this matter is appropriate. Service was effected by execution of a Request for Waiver of Service, setting the defendants' respective dates to respond to the complaint on September 6, 2005 (for the U.S. defendant Sanofi-Sythelabo, Inc.) and October 6, 2005 (for the foreign defendant Sanofi-Aventis, pursuant to FRCP 4 (d)(3)). The current schedule, however, sets the last day to meet and confer regarding preliminary matters on September 6, 2005, which coincides with Defendant Sanofi-Synthelabo's last day to respond to the complaint. The parties agree that, for convenience and efficiency, both defendants should respond to the complaint prior to meeting and conferring on preliminary matters.

Therefore, all parties to this action, by and through their respective counsel of record, hereby stipulate and agree that the following dates and deadlines should be amended as follows:

1. Last day for defendants to answer complaint (formerly September 6, 2005 and October 6, 2005): now **September 20, 2005**;

2. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan (formerly September 6, 2005): now **September 27, 2005**;

3. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference (formerly September 6, 2005): now **September 27, 2005**;

4. Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report (formerly September 20, 2005): now **October 11, 2005**;

5. Case Management Conference in Courtroom 11, 19th Floor at 2:00 p.m. (formerly September 27, 2005): now **October 18, 2005**;

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663

1       No previous schedule changes have been requested or made. No other dates are intended
2  to be altered by this Stipulation and Order.

4  Dated: August 2, 2005       COBLENTZ, PATCH, DUFFY & BASS, LLP

6  By: _____
7  JEFFREY G. KNOWLES
   Attorneys for Defendants SANOFI-
   AVENTIS and SANOFI-SYNTHELABO
8  INC.

9  OF COUNSEL:

10 JONATHAN Z. KING
11 COWAN, LIEBOWITZ & LATMAN, P.C
   Attorneys for Defendants SANOFI-
12 AVENTIS and SANOFI-SYNTHELABO
   INC.

14 Dated: August 1, 2005       ELECTRONIC FRONTIER FOUNDATION

16 By: _____
   Fred von Lohmann,
17 Jason M. Schultz
   Corynne McSherry
18 Attorneys for Plaintiff
   MEDICAL WEEK NEWS, INC., and
19 MILTON R. BENJAMIN,

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 Dated: 8/10/2005                                  _____
                                                    Hon. Martin J. Jenkins
26                                                  UNITED STATES DISTRICT COURT

(Seal: Judge Martin J. Jenkins, United States District Court, Northern District of California)