E-filing

**FILED**

AUG 1 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL WEEK NEWS, INC. and MILTON R. BENJAMIN, <br>       Plaintiff(s), <br><br> v. <br><br> SANOFI-AVENTIS GROUP and SANOFI-SYNTHELABO, INC. <br>       Defendant(s). | CASE NO. C-05-2600 MJJ <br><br> ~~(Proposed)~~ <br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jonathan Z. King, an active member in good standing of the bar of New York, whose business address and telephone number is Cowan, Liebowitz & Latman, P.C. 1133 Avenue of the Americas, New York, NY (212) 790-9238, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sanofi-Aventis and Sanofi-Synthelabo.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 15, 2005

Martin J. Jenkins
United States District Judge

ORIGINAL