JEFFREY G. KNOWLES (State Bar # 129754)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663
Email: jgk@cpdb.com

JONATHAN Z. KING
*Pro Hac Vice*
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 790-9200
Facsimile:  (212) 575-0671
Email: jzk@cll.com

Attorneys for Defendants SANOFI-AVENTIS and
SANOFI-SYNTHELABO INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL WEEK NEWS, INC., and MILTON R. BENJAMIN,<br><br>Plaintiffs,<br><br>vs.<br><br>SANOFI-AVENTIS and SANOFI-SYNTHELABO INC.,<br><br>Defendants. | Case No. C-05-2600 MJJ<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME**<br><br>Complaint Filed:  June 27, 2005<br>Amended Complaint Filed: September 8, 2005 |

//
//
//
//
//
//

12231.001.0015.c

1

Case No. C 05-2600 MJJ

**STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME**

WHEREAS, the parties have undertaken discussions aimed at informally resolving this action; and

WHEREAS, the parties have commenced settlement discussions and have made significant progress towards reaching a settlement that may resolve this action; and

WHEREAS, the parties need additional time to negotiate the all the terms of such a settlement and to finalize an agreement reflecting the same;

IT IS HEREBY STIPULATED, by and between the parties, that Defendants be granted an extension of time in which to answer or otherwise respond to the Plaintiffs' Amended Complaint up to and including forty-five (45) days from the prior response date of September 26, 2005 for both defendants. In order to accommodate various scheduling issues, the parties have further agreed that a change of certain other dates and deadlines in this matter is appropriate.

Therefore, all parties to this action, by and through their respective counsel of record, hereby stipulate and agree that the following dates and deadlines should be amended as follows:

1. Last day for defendants to answer or otherwise respond to the plaintiffs Amended Complaint (formerly September 26, 2005): now **November 10, 2005;**

2. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan (formerly September 27, 2005): now **November 28, 2005;**

3. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference (formerly September 27, 2005): now **November 28, 2005;**

4. Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report (formerly October 11, 2005): now **November 30, 2005;**

5. Case Management Conference in Courtroom 11, 19th Floor at 2:00 p.m. (formerly October 18, 2005): now **December 20, 2005;**

//
//
//

No other dates are intended to be altered by this Stipulation and Order.

Dated: September 22, 2005   COBLENTZ, PATCH, DUFFY & BASS, LLP

By: /s/ Jeffrey G. Knowles
JEFFREY G. KNOWLES
Attorneys for Defendants SANOFI-AVENTIS and SANOFI-SYNTHELABO INC.

*PRO HAC VICE*

JONATHAN Z. KING
COWAN, LIEBOWITZ & LATMAN, P.C
Attorneys for Defendants SANOFI-AVENTIS and SANOFI-SYNTHELABO INC.

Dated: September 22, 2005   ELECTRONIC FRONTIER FOUNDATION

By: /s/ Corynne McSherry
Fred von Lohmann,
Jason M. Schultz
Corynne McSherry
Attorneys for Plaintiff
MEDICAL WEEK NEWS, INC., and
MILTON R. BENJAMIN,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/23/2005

Hon. Martin J. Jenkins
UNITED STATES DISTRICT COURT

COBLENTZ, PATCH, DUFFY & BASS, LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

12231.001.0015.c

3

Case No. C 05-2600 MJJ

**STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME**