Fred von Lohmann, Esq. (SBN 192657)
Jason M. Schultz, Esq. (SBN 212600)
Corynne McSherry, Esq. (SBN (221504)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x 123
Facsimile: (415) 436-9993

Attorneys for Plaintiffs
MEDICAL WEEK NEWS, INC. and
MILTON R. BENJAMIN

FILED
NOV 10 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDICAL WEEK NEWS, INC. and MILTON R. BENJAMIN,

Plaintiffs,

v.

SANOFI-AVENTIS GROUP and SANOFI-SYNTHELABO INC.,

Defendants.

No. C 05 2600 MJJ

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs hereby dismiss the above-captioned action without prejudice.

DATED: November 8, 2005

By _____
Fred von Lohmann, Esq. (SBN.192657)
Jason M. Schultz, Esq. (SBN 212600)
Corynne McSherry, Esq. (SBN (221504)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993

Attorneys for Plaintiffs
MEDICAL WEEK NEWS, INC. and
MILTON R. BENJAMIN

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
11/10/2005
DATE

-1-
NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

## PROOF OF SERVICE

I, Barak R. Weinstein, declare:

I am employed in the City and County of San Francisco, California by Electronic Frontier Foundation at 454 Shotwell Street, San Francisco, California 94110. I am over the age of eighteen years and am not a party to the within cause.

On November 8, 2005, at the above-referenced address, I served

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

on the interested parties in said cause by

    personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

    placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the person(s) at the address(es) set forth below:

    facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine telephone number (415) 436-9993, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:

X  consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

Jonathan Z. King Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 8, 2005

                                      BARAK R. WEINSTEIN